**NEW LONDON COUNTY, MARCH TERM, A. D. 1790.**

### WORTHINGTON v. DEWIT.

Every motion in arrest must be answered directly by the court; either, that it is true or not true, or that it is sufficient or insufficient.

ERROR, action of *indebitatus assumpsit*, for money had and received by said Worthington.

Plea — *Nonassumpsit.* Issue to jury. Verdict — That the defendant did assume, etc.

Motion in arrest — That certain writings were handed to the jury, by the counsel for the plaintiff, unknown to the court or defendant's counsel, and which had been adjudged by the court inadmissible; particularly, a stated account under the hand of the plaintiff's counsel: which writing and account said jury had in the consideration of the cause, and looked upon them as evidence, and found their verdict accordingly; and said court gave judgment, that said motion was overruled, and for the plaintiff to recover.

Error assigned — That said court ought to have arrested said verdict, and ordered a repleader.

Judgment — Manifest error; for the facts stated in said motion are sufficient if true, but by the answer the court give, it doth not appear whether they are true or not; and for this uncertainty in the answer, given by the court to the motion, the judgment is reversed.